

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2023

No. 04-23-00192-CR

**IN RE** Marco Antonio **GUARDIOLA TRINIDAD**

Original Proceeding[1]

**ORDER**

On March 6, 2023, relator filed a petition for writ of mandamus and an emergency motion for stay. Because relator has obtained the requested relief, the petition for writ of mandamus is **DISMISSED** as moot. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 8, 2023 is **LIFTED**.

It is so **ORDERED** on May 17, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 10830CR, styled *State of Texas v. Marco Antonio Guardiola Trinidad*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth and the Honorable Susan D. Reed presiding.